ACCEPTED
03-14-00774-CV
7846842
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 3:01:09 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00774-CV

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 3:01:09 PM
JEFFREY D. KYLE
Clerk

_____

**TEXAS STATE BOARD OF VETERINARY MEDICAL EXAMINERS, and
NICOLE ORIA, in her Official Capacity as Executive Director**
*Appellants/Cross-Appellees*,
**v.**
**ELLEN JEFFERSON, D.V.M.,**
*Appellee/Cross-Appellant*.

_____

**On Appeal from the 127th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-14-000287
The Honorable Gisela D. Triana presiding**

_____

**APPELLEE/CROSS-APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellee/Cross-Appellant, Ellen Jefferson, D.V.M., respectfully requests this Court to grant an extension of time to file her reply to TBVME's Suggestion of Mootness to November 20, 2015, and in support would show the Court as follows:

1. Ellen Jefferson requests an extension of time to file her reply to November 20, 2015.

2. The reason for the request is that the undersigned counsel for Ellen Jefferson has a summary judgment opposition brief due on November 17, 2015 in *Texas County and District Retirement System v. Wexford Spectrum Fund*, *L.P.*, No. D-1-GN-13-01141 (Travis Co. Dist. Ct.).

3. This Motion is not interposed for the purpose of delay, but only for the purpose of allowing counsel to adequately prepare and file Ellen Jefferson's reply and fully address the issues in TBVME's Suggestion of Mootness.

4. This motion is unopposed.

Ellen Jefferson therefore respectfully request an extension of time to and including November 20, 2015 in which to file and serve its reply to TBVME's Suggestion of Mootness in the captioned appeal.

Dated: November 16, 2015.

Respectfully submitted,

**EWELL, BROWN & BLANKE LLP**



David F. Brown
State Bar No. 03108700
dbrown@ebblaw.com
David P. Blanke
State Bar No.  02453600
dblanke@ebblaw.com
111 Congress Avenue, 28TH Floor
Austin, Texas 78701
Telephone: (512) 770-4000
Facsimile: (877) 651-6384

RYAN CLINTON
State Bar No. 24027934
rdclinton@dgclaw.com
DAVIS, GERALD & CREMER, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
Ph: (512) 537-9938
Fax: (432) 687-1735

**ATTORNEYS FOR ELLEN JEFFERSON, D.V.M.**

## CERTIFICATE OF SERVICE

I certify that on November 16, 2015, this document was electronically served on Ted Ross, counsel

for the TBVME, and e-mailed to him at Ted.Ross@texasattorneygeneral.gov.



_____
David P. Blanke